IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Action No. 7:08-cr-023-O |
| | § | |
| LARRY DONNELL SMITH | § | |

## ORDER

Before the Court is Larry Donnell Smith's letter requesting compassionate release to home confinement due to his medical conditions and the Covid-19 pandemic. ECF No. 115. Construing the letter as a motion for compassionate release, the Court finds and orders as follows:

Rule 11, Federal Rules of Civil Procedure, requires that a motion be signed by an attorney or by a party proceeding *pro se*. Smith's motion for compassionate release is not signed and therefore shall be stricken from the record. *See* Fed. R. Civ. P 11(a). Smith may resubmit his motion after exhausting administrative remedies through the Bureau of Prisons. *See* 18 U.S.C. § 3582(c)(1)(A) (requiring exhaustion of administrative remedies); *United States v. Chambliss*, 948 F.3d 691, 693-93 (5th Cir. 2020).

Accordingly, the motion for compassionate release (ECF No. 115) is hereby **STRICKEN** from the record of this case.

**SO ORDERED** this **14th day** of **April, 2020.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE