Your Honor

I'm writing this letter because I have cronic problems that causes shortage of breath. I'm also dealing with high blood pressure and also high colestrol. I can't practise social distance here in prison. The coronavirus is in full affect here. Due to that my life is in danger. We have 70 cases here so far. I'm in a big threat right now. What im asking for is to be placed on home confinement. I have done almost a 100 percent of my time. With my halfway house that would leave me with 10 months left. My mom needs me at home to help her out. I'm all she have in this world left. I do everything that I suppose to do in here. I'm asking for home confinement do to saving my life from the virus.

Thank You

Larry Donnell Smith #4351629

Larry Donnell Smith #4351629

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY - 1 2020

CLERK, U.S. DISTRICT COURT
By _____ Deputy



Larry Smith #43516279
Yazoo Federal Correctional complex (Low)
P.O. Box 5000
Yazoo City, Mississippi, 39194

43516-279
Office Of The Clerk
1000 Lamar ST
Wichita Falls, TX 76301
United States



RECEIVED
MAY -1 2020